1

2

3

4

5

6       UNITED STATES DISTRICT COURT

        EASTERN DISTRICT OF WASHINGTON

7   TIMOTHY N. TANNER,                    )
                                          )
            Plaintiff,                    )
8                                         )    NO. CV-07-129-CI
            v.                            )
9                                         )
    MICHAEL J. ASTRUE,                    )    **JUDGMENT IN A**
10  Commissioner of Social Security,      )    **CIVIL CASE**
                                          )
11          Defendant.                    )
    _____)

12

13      **DECISION BY THE COURT:**

14          This action came to hearing before the Court.  The issues have been heard and

15  a decision has been rendered.

16      **IT IS ORDERED AND ADJUDGED** that:

17          Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is

18  **REMANDED** to the Commissioner for calculation and an immediate award of benefits.

19  Defendant's Motion for Summary Judgment dismissal is **DENIED**.  Judgment is entered

20  for Plaintiff.

21          DATED this 16th day of January, 2008.

22

                                    JAMES R. LARSEN
23                                  District Court Executive/Clerk

24                                  s/ L. Stejskal
                                    Deputy Clerk
25

26

27

28